UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY JAMISON,

        Plaintiff,

  v.

UNION BANK,

        Defendant.

No. 2:14-cv-1194 KJN P

ORDER

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized prison official. See 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court; and

////

////

////

1

1    2. Plaintiff shall submit, within thirty days from the date of this order, a fully completed
2 in forma pauperis application. Plaintiff's failure to comply with this order will result in a
3 recommendation that this action be dismissed without prejudice.
4 Dated: May 19, 2014

6 /jami1194.3c

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE