1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JEREMY JAMISON,                              No. 2:14-cv-1194 MCE KJN P

12                   Plaintiff,

13         v.                                     ORDER

14   UNION BANK,

15                   Defendant.

16

17        Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action

18   pursuant to 42 U.S.C. § 1983.  On June 27, 2014, plaintiff was directed to submit a certified copy

19   of his prison trust account statement for the six month period immediately preceding the filing of

20   the complaint.  On July 29, 2014, plaintiff submitted a trust account statement dated April 10,

21   2014; however, the trust account statement was not certified by prison officials.  Title 28 U.S.C.

22   § 1915(a)(2) requires plaintiff to submit a certified copy of the trust account statement.

23        In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit,

24   within thirty days from the date of this order, a certified copy of his prison trust account statement

25   for the six month period immediately preceding the filing of the complaint.  Plaintiff's failure to

26   ////

27   ////

28   ////

1

comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: September 11, 2014

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jami1194.3e2